ment Creditors, Appellants, against ALESSANDRO PRONTI, Judgment Debtor, Respondent, under a Judgment, etc.— Order reversed on the law, without costs, and motion denied, without costs. All concur. (The order grants motion of judgment debtor to vacate order for his examination in proceedings supplementary to execution.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MICHAEL GRAZIADEI, Respondent, v. THE WHITE COMPANY, Appellant, and NICHOLAS A. BELL, Defendant.— Order modified and as modified affirmed, with ten dollars costs and disbursements. Memorandum: Under the facts presented by appellant, unexplained and unrefuted by respondent, the imposing of the condition contained in the order was unauthorized. All concur. (The order denies motion for dismissal of complaint for failure to prosecute an action for damages sustained by reason of fraud in the purchase of a truck.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

MAY FORTUNATO, as Administratrix, etc., of BERNEY FORTUNATO, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment reverses a Buffalo City Court judgment and dismisses the complaint in an action to recover upon a life insurance policy.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [160 Misc. 918.]

JAMES O. SEBRING, Appellant, v. CLAUDE V. STOWELL, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses complaint, quashes a writ of replevin, and directs verdict for defendant in an action to recover possession of baled hay.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CHARLES POLGE, an Infant under the Age of Fourteen Years, by AUGUST POLGE, His Guardian ad Litem, Respondent-Appellant, v. JULIUS GLAZER and GLAZER-LEVEY, INC., Appellants-Respondents.— Order granting new trial affirmed, with costs. Order in respect to costs reversed so far as it relates to the plaintiff Charles Polge, without costs. All concur. (The order sets aside a jury verdict as inadequate in an action for personal injuries resulting from negligent operation of automobile. The second order relates to costs.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES POLGE, an Infant under the Age of Fourteen Years, by AUGUST POLGE, His Guardian ad Litem, Appellant, v. JULIUS GLAZER and GLAZER-LEVEY, INC., Respondents.— Order affirmed, with costs. All concur. (The order denies a motion for a new trial on the grounds of newly-discovered evidence in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ARCH M. LYMAN, Appellant, v. CLARA LYMAN, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action for absolute divorce.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of WLADYSLAW MECZKOWSKI, Petitioner, for an Order of Certiorari against STATE LIQUOR AUTHORITY OF THE STATE OF NEW YORK, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. All concur. (The certiorari order was granted to review revocation of a liquor license.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.